**No. 11-5064. Marlin E. Jones, Petitioner v. Legal Aid of Nebraska, et al.**

565 U.S. 806, 132 S. Ct. 382, 181 L. Ed. 2d 7, 2011 U.S. LEXIS 6549.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 417 Fed. Appx. 605.

**No. 11-5081. Humberto Leal Garcia, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 806, 132 S. Ct. 382, 181 L. Ed. 2d 7, 2011 U.S. LEXIS 6538.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed as moot.

Same case below, 440 Fed. Appx. 232.

**No. 11-5146. Louis David Johnson, Jr., Petitioner v. Kelly Wellman.**

565 U.S. 805, 132 S. Ct. 383, 181 L. Ed. 2d 7, 2011 U.S. LEXIS 6379.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 11-5188. Arthur L. Hairston, Sr., Petitioner v. William A. Scism, Warden.**

565 U.S. 806, 132 S. Ct. 383, 181 L. Ed. 2d 7, 2011 U.S. LEXIS 6244.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 423 Fed. Appx. 130.